Dale M. Cendali (admitted *pro hac vice*)
dale.cendali@kirkland.com
Joshua L. Simmons (admitted *pro hac vice*)
joshua.simmons@kirkland.com
Miranda Means (admitted *pro hac vice*)
miranda.means@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel. (212) 446-4800
Fax (212) 446-4900

Yimeng Dou (SBN 285248)
yimeng.dou@kirkland.com
N. Yvonne Stoddard (SBN 325321)
yvonne.stoddard@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Tel. (213) 680-8400
Fax (213) 680-8500

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| TERADYNE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASTRONICS TEST SYSTEMS, INC. and ASTRONICS CORPORATION <br><br> Defendants. | CASE NO. 2:20-cv-02713 GW (SHK) <br><br> **DEFENDANTS' NOTICE OF MOTION TO DISMISS TERADYNE'S FIRST AMENDED COMPLAINT** <br><br> First Amended Complaint Filed: August 21, 2020 <br><br> Judge: Judge George H. Wu <br> Hearing Date: November 5, 2020 <br> Time: 8:30 AM <br> Courtroom: 9D |

1       PLEASE TAKE NOTICE that, pursuant to this Court's August 27, 2020 Order (Dkt. 61), on November 5, 2020 at 8:30 a.m., in Courtroom 9D of the United States District Court for the Central District of California, at the United States Courthouse, located at 350 W. 1st Street, Los Angeles, CA 90012, based on the concurrently-filed memorandum of points and authorities and the previously filed declaration of David Burney (Dkt. 38), Defendants Astronics Test Systems, Inc. ("ATS") and Astronics Corporation ("Astronics Corp.") (collectively, "Astronics") will and hereby do move the Court for an order dismissing certain claims in Plaintiff Teradyne Inc.'s ("Teradyne") First Amended Complaint, Dkt. 58 ("FAC"), pursuant to Federal Rule of Civil Procedure 12(b)(6), for the following reasons:

    (1)    Teradyne has not alleged the knowledge by Astronics necessary to state a claim for induced, contributory, or willful patent infringement, nor has it alleged egregious misconduct as required to state a claim for willful patent infringement;

    (2)    Teradyne has not pleaded a claim of California unfair competition with particularity;

    (3)    Counts III (inducing breach of contract), IV (intentional interference with contractual relations), V (intentional interference with prospective economic advantage), and VII (violation of California unfair competition law) are expressly and impliedly preempted by the Copyright Act and the California Unified Trade Secret Act.[1]

      Further, pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), Astronics respectfully moves to dismiss Astronics Corp. from this litigation for the additional reasons that:

    (1)    Teradyne has not adequately pleaded its claims against Astronics Corp., a different entity from ATS; and

---

[1] The FAC does not contain a Count VI.

1

(2) This Court lacks personal jurisdiction over Astronics Corp.

For the Court's convenience, Astronics provides the following chart summarizing each of the bases for dismissal of each of Teradyne's claims:

| Count | Claim | Failure to State a Claim | Preemption | Failure to State a Claim and Personal Jurisdiction as to Astronics Corp. |
|---|---|---|---|---|
| I | Infringement of U.S. Patent No. 7,395,479<br>• Direct Infringement<br>• Induced infringement<br>• Contributory infringement<br>• Willful infringement | <br><br>✓<br>✓<br>✓ | | ✓<br>✓<br>✓<br>✓ |
| II | Copyright Infringement | | | ✓ |
| III | Inducing Breach of Contract | | ✓ | ✓ |
| IV | Intentional Interference with Contractual Relations | | ✓ | ✓ |
| V | Intentional Interference with Prospective Economic Advantage | | ✓ | ✓ |
| VII | Violation of California Unfair Competition Law | ✓ | ✓ | ✓ |

This motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place on September 3, 2020. Counsel for the parties conferred regarding the grounds on which Astronics now moves to dismiss. After the parties' meet-and-confer, Teradyne confirmed that its requests for statutory damages and attorney's fees based on its copyright infringement claim were added to the FAC in error. As Teradyne is not seeking those remedies, its requests for statutory damages and attorney's fees based on copyright infringement should also be dismissed.

As the parties were unable to reach an informal resolution as to the remaining issues on which Astronics now moves to dismiss, Astronics had no alternative but to file this Motion. Moreover, as Teradyne was aware of the grounds for this Motion and the futility of its claims, especially in view of this Court's prior dismissal of similar claims in Teradyne's original complaint (Dkt. 53), but nevertheless chose to proceed with its FAC as filed, Astronics respectfully requests dismissal with prejudice.

DATED:  September 11, 2020       */s/ Dale M. Cendali*
                                 Dale M. Cendali (admitted *pro hac vice*)
                                 dale.cendali@kirkland.com
                                 Joshua L. Simmons (admitted *pro hac vice*)
                                 joshua.simmons@kirkland.com
                                 Miranda Means (admitted *pro hac vice*)
                                 miranda.means@kirkland.com
                                 KIRKLAND & ELLIS LLP
                                 601 Lexington Avenue
                                 New York, NY 10022
                                 Tel. (212) 446-4800
                                 Fax (212) 446-4900

                                 Yimeng Dou (SBN 285248)
                                 yimeng.dou@kirkland.com
                                 N. Yvonne Stoddard (SBN 325321)
                                 yvonne.stoddard@kirkland.com
                                 KIRKLAND & ELLIS LLP
                                 555 South Flower Street, Suite 3700
                                 Los Angeles, CA 90071
                                 Tel. (213) 680-8400
                                 Fax (213) 680-8500

                                 *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing DEFENDANTS' NOTICE OF MOTION TO DISMISS TERADYNE'S FIRST AMENDED COMPLAINT was filed electronically on this 11th day of September, 2020, and therefore served electronically upon counsel of record.

*/s/ Dale M. Cendali*
Dale M. Cendali