| | |
|---|---|
| 1 | Dale M. Cendali (admitted *pro hac vice*) |
|   | dale.cendali@kirkland.com |
| 2 | Joshua L. Simmons (admitted *pro hac vice*) |
|   | joshua.simmons@kirkland.com |
| 3 | Katharine H. Cummings (admitted *pro hac vice*) |
|   | katharine.cummings@kirkland.com |
| 4 | KIRKLAND & ELLIS LLP |
|   | 601 Lexington Avenue |
| 5 | New York, NY 10022 |
|   | Tel. (212) 446-4800 |
| 6 | Fax (212) 446-4900 |
| 7 | Yimeng Dou (SBN 285248) |
|   | yimeng.dou@kirkland.com |
| 8 | N. Yvonne Stoddard (SBN 325321) |
|   | yvonne.stoddard@kirkland.com |
| 9 | KIRKLAND & ELLIS LLP |
|   | 555 South Flower Street, Suite 3700 |
| 10 | Los Angeles, CA 90071 |
|   | Tel. (213) 680-8400 |
| 11 | Fax (213) 680-8500 |
| 12 | Miranda Means (admitted *pro hac vice*) |
|   | miranda.means@kirkland.com |
| 13 | KIRKLAND & ELLIS LLP |
|   | 200 Clarendon Street |
| 14 | Boston, MA 02116 |
|   | Tel. (617) 385-7500 |
| 15 | Fax (617) 385-7501 |

*Attorneys for Defendant/Counterclaimant*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION - LOS ANGELES

| | | |
|---|---|---|
| TERADYNE, INC., | ) | CASE NO. 2:20-cv-02713 GW (SHK) |
| | ) | |
| Plaintiff/ | ) | **NOTICE OF FILING REGARDING** |
| Counterdefendant, | ) | **TECHNICAL TUTORIAL** |
| | ) | |
| v. | ) | HON. GEORGE WU |
| | ) | |
| ASTRONICS TEST SYSTEMS, INC. | ) | |
| | ) | |
| Defendant/ | ) | |
| Counterclaimant. | ) | |

1  Pursuant to the Court's Minute Order regarding the Technology Tutorial (Dkt. 84),
2  Defendant Astronics Test Systems, Inc. hereby attaches as Exhibit A Defendant's
3  technical tutorial slides. Defendant's technical tutorial video was manually filed as Dkt.
4  89.

DATED:  June 7, 2021

/s/ Yimeng Dou
Yimeng Dou (SBN 285248)
yimeng.dou@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Tel. (213) 680-8400
Fax (213) 680-8500

*Attorney for Defendant/Counterclaimant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing **NOTICE OF FILING** with the Clerk of the Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF.

DATED: June 7, 2021           ____/s/ Yimeng Dou_____
                                            Yimeng Dou

1

PROOF OF SERVICE                                             CASE NO.: 2:20-CV-02713 GW (SHK)