# EXHIBIT A

# Defendant Astronics Test Systems's Technical Tutorial

## June 17, 2021

*Teradyne, Inc. v. Astronics Test Systems, Inc.*,

### Case No. CV 20-2713-GW-SHKx



# ATS's Technology Tutorial

'479 Patent

Automatic Test Equipment ("ATE")

State of the Prior Art

Exemplary Claim 1

Disputed Claim Terms

# ATS's Technology Tutorial

## '479 Patent

Automatic Test Equipment ("ATE")

State of the Prior Art

Exemplary Claim 1

Disputed Claim Terms

3

# '479 Patent

## United States Patent
Gohel et al.

(10) **Patent No.:**     **US 7,395,479 B2**
(45) **Date of Patent:**          **Jul. 1, 2008**



(54) **OVER-VOLTAGE TEST FOR AUTOMATIC TEST EQUIPMENT**

(75) Inventors: **Tushar K. Gohel,** Wakefield, MA (US); **Michael F. McGoldrick,** North Reading, MA (US)

(73) Assignee: **Teradyne, Inc.,** Boston, MA (US)

(22) Filed:      **Jan. 14, 2005**

(65)        **Prior Publication Data**

US 2006/0161827 A1      Jul. 20, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/640,883, filed on Dec. 30, 2004.



U.S. Patent No. 7,395,479

4

# '479 Patent | Abstract

Automatic test equipment including a digital test instrument that may test for and respond to over-voltage conditions. Information on over-voltage conditions may be used in detecting or diagnosing fault conditions within a system under test. Over-voltage conditions may be monitored as part of a test to determine the time and the channels on which they occur. A test may fail if an over-voltage condition is detected and the results of the test may indicate when and where the over-voltage condition occurred. Alternatively, indications of over-voltage conditions may be used to alter the test environment. In response to an over-voltage condition, units under test may be disconnected from the test environment to avoid exposing circuitry within those units to voltage levels that may damage or stress components. Alternatively, indications of an over-voltage condition may be used to disconnect from the test environment equipment that may be generating the over-voltage conditions. Over-voltage conditions are detected in a digital test instrument by additional comparators included in the channel electronic circuits of the test instrument.

'479 Patent, Abstract



U.S. Patent No. 7,395,479

5

# '479 Patent | Abstract

**Automatic test equipment** including a digital test instrument **that may test for and respond to over-voltage conditions.** Information on over-voltage conditions may be used in detecting or diagnosing fault conditions within a system under test. Over-voltage conditions may be monitored as part of a test to determine the time and the channels on which they occur. A test may fail if an over-voltage condition is detected and the results of the test may indicate when and where the over-voltage condition occurred. Alternatively, indications of over-voltage conditions may be used to alter the test environment. In response to an over-voltage condition, units under test may be disconnected from the test environment to avoid exposing circuitry within those units to voltage levels that may damage or stress components. Alternatively, indications of an over-voltage condition may be used to disconnect from the test environment equipment that may be generating the over-voltage conditions. Over-voltage conditions are detected in a digital test instrument by additional comparators included in the channel electronic circuits of the test instrument.

'479 Patent, Abstract



**U.S. Patent No. 7,395,479**

6

# '479 Patent | Abstract



**U.S. Patent No. 7,395,479**

Automatic test equipment including a digital test instrument that may test for and respond to over-voltage conditions. Information on over-voltage conditions may be used in detecting or diagnosing fault conditions within a system under test. Over-voltage conditions may be monitored as part of a test to determine the time and the channels on which they occur. A test may fail if an over-voltage condition is detected and the results of the test may indicate when and where the over-voltage condition occurred. Alternatively, indications of over-voltage conditions may be used to alter the test environment. In response to an over-voltage condition, units under test may be disconnected from the test environment to avoid exposing circuitry within those units to voltage levels that may damage or stress components. Alternatively, indications of an over-voltage condition may be used to disconnect from the test environment equipment that may be generating the over-voltage conditions. Over-voltage conditions are detected in a digital test instrument by additional comparators included in the channel electronic circuits of the test instrument.

'479 Patent, Abstract

7

# '479 Patent | Discussion of Related Art



**U.S. Patent No. 7,395,479**

## BACKGROUND OF INVENTION

### 1. Field of Invention

This invention relates to generally to electronic systems and more specifically to test systems.

### 2. Discussion of Related Art

==Test systems are often used to verify the performance of electronic devices.== An electronic device (sometimes referred to as a Unit Under Test) may be tested as a stand alone unit or may be integrated into a test environment that simulates the operating conditions of the device. The test environment may include a digital test instrument that generates and measures digital signals provided to the unit under test. The test environment may also include power supplies and instruments that generate and measure analog signals to be able to fully simulate the intended operating environment of the unit under test.

The Unit Under Test (UUT) typically goes through a testing phase performed by Automatic Test Equipment (ATE). ATE operates under the control of test software, often running on a host computer. The ATE is programmed to provide stimulus to a particular circuit or component in the UUT and then measure the output to determine if the UUT has performed to its specifications. ATE may include a digital test

'479 Patent, 1:11-33

8

# '479 Patent | Discussion of Related Art



**U.S. Patent No. 7,395,479**

## BACKGROUND OF INVENTION

### 1. Field of Invention

This invention relates to generally to electronic systems and more specifically to test systems.

### 2. Discussion of Related Art

Test systems are often used to verify the performance of electronic devices. An electronic device (sometimes referred to as a Unit Under Test) may be tested as a stand alone unit or may be integrated into a test environment that simulates the operating conditions of the device. The test environment may include a digital test instrument that generates and measures digital signals provided to the unit under test. The test environment may also include power supplies and instruments that generate and measure analog signals to be able to fully simulate the intended operating environment of the unit under test.

The Unit Under Test (UUT) typically goes through a testing phase performed by Automatic Test Equipment (ATE). ATE operates under the control of test software, often running on a host computer. The ATE is programmed to provide stimulus to a particular circuit or component in the UUT and then measure the output to determine if the UUT has performed to its specifications. ATE may include a digital test

'479 Patent, 1:11-33

9

# '479 Patent | Discussion of Related Art



**U.S. Patent No. 7,395,479**

## BACKGROUND OF INVENTION

### 1. Field of Invention

This invention relates to generally to electronic systems and more specifically to test systems.

### 2. Discussion of Related Art

Test systems are often used to verify the performance of electronic devices. An electronic device (sometimes referred to as a Unit Under Test) may be tested as a stand alone unit or may be integrated into a test environment that simulates the operating conditions of the device. The test environment may include a digital test instrument that generates and measures digital signals provided to the unit under test. The test environment may also include power supplies and instruments that generate and measure analog signals to be able to fully simulate the intended operating environment of the unit under test.

The Unit Under Test (UUT) typically goes through a testing phase performed by Automatic Test Equipment (ATE). ATE operates under the control of test software, often running on a host computer. The ATE is programmed to provide stimulus to a particular circuit or component in the UUT and then measure the output to determine if the UUT has performed to its specifications. ATE may include a digital test

'479 Patent, 1:11-33

10

# '479 Patent | Discussion of Related Art



# '479 Patent | Conventional Test & Over-Voltage Test

b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, ==a test output and an over-voltage output,== the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

'479 Patent, Claim 1(b)



U.S. Patent No. 7,395,479

12

# '479 Patent | Conventional Test & Over-Voltage Test



b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

'479 Patent, Claim 1(b)

over-voltage  conditions.  Over-voltage  conditions  are detected in a digital test instrument by additional comparators included in the channel electronic circuits of the test instrument.

'479 Patent, Abstract

U.S. Patent No. 7,395,479

13

# '479 Patent | Conventional Test & Over-Voltage Test



14

# ATS's Technology Tutorial

'479 Patent

## Automatic Test Equipment ("ATE")

State of the Prior Art

Exemplary Claim 1

Disputed Claim Terms

# Automatic Test Equipment ("ATE")





ATE operates under the control of test software, often running on a host computer. The ATE is programmed to provide stimulus to a particular circuit or component in the UUT and then measure the output to determine if the UUT has performed to its specifications. ATE may include a digital test

'479 Patent, 1:29-33

U.S. Patent No. 7,395,479

16

# Automatic Test Equipment ("ATE")



**ATE**

**Stimulus**

Unit
Under-Test
("UUT")



ATE operates under the control of test software, often running on a host computer. The ATE is programmed to provide stimulus to a particular circuit or component in the UUT and then measure the output to determine if the UUT has performed to its specifications. ATE may include a digital test

'479 Patent, 1:29-33

U.S. Patent No. 7,395,479

17

# Automatic Test Equipment ("ATE")





ATE operates under the control of test software, often running on a host computer. The ATE is programmed to provide stimulus to a particular circuit or component in the UUT and then measure the output to determine if the UUT has performed to its specifications. ATE may include a digital test

'479 Patent, 1:29-33

U.S. Patent No. 7,395,479

18

# Automatic Test Equipment ("ATE") | Voltage

## *Ohm's Law*
## V=IR

**V** = voltage (Volts)

**I** = current (Amps)

**R** = resistance (Ohms)



19

# Automatic Test Equipment ("ATE") | Voltage

### *Ohm's Law*
### V=IR

**V** = voltage
   (Volts)

**I** = current
   (Amps)

**R** = resistance
   (Ohms)



- Think of voltage as pressure that pushes the current to a device

- More pressure (voltage) = more power (current)

# Automatic Test Equipment ("ATE") | Voltage



8V 👍

UUT



**Ohm's Law**
V=IR

**V** = voltage
(Volts)

**I** = current
(Amps)

**R** = resistance
(Ohms)

current

voltage
source
$+$
$-$

$+$
$-$

- Think of voltage as pressure that pushes the current to a device

- More pressure (voltage) = more power (current)

21

# Automatic Test Equipment ("ATE") | Over-Voltage Protection

## Just Like a Fuse Box or Circuit Breaker in Your House . . .

### TERADYNE



**Dr. Mark Horenstein**

**Q:** So one of those would be the fuse box in your house where over-voltage trips the fuse?

**A:** That would be one scenario in which over-voltage could be an issue.

**Q:** And another would be automatic test equipment?
**A:** That's right.

Horenstein Dep., Tr. at 26:23-27:4



### ASTRONICS TEST SYSTEMS



**Dr. Stephen Wicker**

**Q:** Is a fuse a type of over-voltage protection system?

**A:** That's a good example. . . .  So, yes, a fuse would be an example of over-voltage protection, or a circuit breaker, for that matter.

Wicker Dep., Tr. at 44:16-23



22

# Automatic Test Equipment ("ATE") | Over-Voltage



**8V** 👍

### *Ohm's Law*
### $V=IR$

**V** = voltage
   (Volts)
**I** = current
   (Amps)
**R** = resistance
   (Ohms)



- Think of voltage as pressure that pushes the current to a device

- More pressure (voltage) = more power (current)

23

# Automatic Test Equipment ("ATE") | Over-Voltage



## Ohm's Law
### V=IR

**V** = voltage (Volts)
**I** = current (Amps)
**R** = resistance (Ohms)



- Think of voltage as pressure that pushes the current to a device

- More pressure (voltage) = more power (current)

- **Over-voltage occurs when the voltage is too high (or too low), which can cause damage**

# Automatic Test Equipment ("ATE") | Over-Voltage Test



**8V**



*Ohm's Law*
V=IR

**V** = voltage (Volts)

**I** = current (Amps)

**R** = resistance (Ohms)

- Think of voltage as pressure that pushes the current to a device

- More pressure (voltage) = more power (current)

- **Over-voltage occurs when the voltage is too high (or too low), which can cause damage**

# Automatic Test Equipment ("ATE") | Over-Voltage Test



8V

100V



*Ohm's Law*
V=IR
**V** = voltage (Volts)
**I** = current (Amps)
**R** = resistance (Ohms)

current

voltage source

+
−

+
−

- Think of voltage as pressure that pushes the current to a device
- More pressure (voltage) = more power (current)
- **Over-voltage occurs when the voltage is too high (or too low), which can cause damage**

26

# Automatic Test Equipment ("ATE") | Over-Voltage Switch



**8V**

**Over-Voltage: ALARM**

UUT

**100V**



*Ohm's Law*
V=IR

**V** = voltage (Volts)

**I** = current (Amps)

**R** = resistance (Ohms)

current

voltage source

+ −

+ −

- Think of voltage as pressure that pushes the current to a device

- More pressure (voltage) = more power (current)

- Over-voltage occurs when the voltage is too high (or too low), which can cause damage

# ATS's Technology Tutorial

## '479 Patent

## Automatic Test Equipment ("ATE")

## State of the Prior Art

- Patent Specification
- Inventor Testimony
- U.S. Patent 4,635,259 ("Schinabeck")

## Exemplary Claim 1

## Disputed Claim Terms

28

# State of the Prior Art | Patent Specification

| Existing in Prior Art | Patent Admission |
|---|---|

# State of the Prior Art | Patent Specification

| Existing in Prior Art | Patent Admission |
|---|---|
| • ATE for measuring voltage and/or current of a UUT | ✔ "Test systems are often used to **verify the performance of electronic devices**." <br> '479 Patent, 1:16-17 |

# State of the Prior Art | Patent Specification

| Existing in Prior Art | Patent Admission |
|---|---|
| • ATE for measuring voltage and/or current of a UUT | ✅ "Test systems are often used to **verify the performance of electronic devices**."  '479 Patent, 1:16-17 |
| • User programmability | ✅ "**ATE** operates under the control of test **software** . . . [it] is **programmed** to provide stimulus . . . and then measure the output."  *Id.* at 1:29-32 |

31

# State of the Prior Art | Patent Specification

| Existing in Prior Art | Patent Admission |
|---|---|
| • ATE for measuring voltage and/or current of a UUT | ✔ "Test systems are often used to **verify the performance of electronic devices**." <br> '479 Patent, 1:16-17 |
| • User programmability | ✔ "**ATE** operates under the control of test **software** . . . [it] is **programmed** to provide stimulus . . . and then measure the output." <br> *Id.* at 1:29-32 |
| • ATE with multiple digital channel circuits | ✔ "ATE may include a digital test instrument that has multiple digital **channels**." <br> *Id.* at 1:33-34 |

32

# State of the Prior Art | Patent Specification

| Existing in Prior Art | Patent Admission |
|---|---|
| • ATE for measuring voltage and/or current of a UUT | ✔ "Test systems are often used to **verify the performance of electronic devices**."<br>*'479 Patent, 1:16-17* |
| • User programmability | ✔ "**ATE** operates under the control of test **software** . . . [it] is **programmed** to provide stimulus . . . and then measure the output."<br>*Id. at 1:29-32* |
| • ATE with multiple digital channel circuits | ✔ "ATE may include a digital test instrument that has multiple digital **channels**."<br>*Id. at 1:33-34* |
| • Channel circuits having programmable thresholds | ✔ "The detector circuit usually has two **user programmable thresholds**."<br>*Id. at 1:46-47* |

33

# State of the Prior Art | Patent Specification

| Existing in Prior Art | | Patent Admission |
|---|---|---|
| • ATE for measuring voltage and/or current of a UUT | ✓ | "Test systems are often used to **verify the performance of electronic devices**." <br> '479 Patent, 1:16-17 |
| • User programmability | ✓ | "**ATE** operates under the control of test **software** . . . [it] is **programmed** to provide stimulus . . . and then measure the output." <br> *Id.* at 1:29-32 |
| • ATE with multiple digital channel circuits | ✓ | "ATE may include a digital test instrument that has multiple digital **channels**." <br> *Id.* at 1:33-34 |
| • Channel circuits having programmable thresholds | ✓ | "The detector circuit usually has two **user programmable thresholds**." <br> *Id.* at 1:46-47 |
| • Comparing of voltage and/or current readings to programmed thresholds to generate a test output | ✓ | "**[D]ual-threshold detection** is often used in digital channels of [ATE] to verify that the UUT is . . . receiving voltages above . . . or below the specified [voltages]." <br> *Id.* at 1:48-51 |

34

# State of the Prior Art | Patent Specification

| Existing in Prior Art | Patent Admission |
|---|---|
| • ATE for measuring voltage and/or current of a UUT | ✔ "Test systems are often used to **verify the performance of electronic devices**." '479 Patent, 1:16-17 |
| • User programmability | ✔ "**ATE** operates under the control of test **software** . . . [it] is **programmed** to provide stimulus . . . and then measure the output." *Id.* at 1:29-32 |
| • ATE with multiple digital channel circuits | ✔ "ATE may include a digital test instrument that has multiple digital **channels**." *Id.* at 1:33-34 |
| • Channel circuits having programmable thresholds | ✔ "The detector circuit usually has two **user programmable thresholds**." *Id.* at 1:46-47 |
| • Comparing of voltage and/or current readings to programmed thresholds to generate a test output | ✔ "**[D]ual-threshold detection** is often used in digital channels of [ATE] to verify that the UUT is . . . receiving voltages above . . . or below the specified [voltages]" *Id.* at 1:48-51 |
| • Over-voltage protection | ✔ "Some **test instruments include protective circuitry** that isolates circuitry . . . when the voltage and/or current . . . exceeds a rated value. Traditional and solid state **fuses** . . . [and] **switches** have been used." *Id.* at 1:54-61 |

35

# State of the Prior Art | Patent Specification

A conventional test system may detect a faulty power connection such as 133A. If power supply 101 generates a posi-

'479 Patent, 4:47-48

portion of digital bus 131. Digital channel 211 may include circuitry that is similar to prior art digital channels. Digital

Id., 5:49-50

mable signal on line 215. Driver 210 may be a driver as used in a conventional digital test instruments, whether currently known or hereafter developed. Driver 210 is coupled to line

Id., 5:52-53

209 to sense the logical level of the signal on line 215. Comparators 207 and 209 may also be as in a conventional digital test instrument, whether currently known or hereafter developed. Each of the comparators 207 and 209 is coupled to the

Id., 6:20-23



U.S. Patent No. 7,395,479

36

# State of the Prior Art | Inventor Testimony



(54) **OVER-VOLTAGE TEST FOR AUTOMATIC TEST EQUIPMENT**

(75) Inventors: **Tushar K. Gohel**, Wakefield, MA (US); **Michael F. McGoldrick**, North Reading, MA (US)

(73) Assignee: **Teradyne, Inc.**, Boston, MA (US)



**U.S. Patent No. 7,395,479**

**Inventor Tushar Gohel**

**Q:** So this was done before your idea in 2004?

**A:** Yeah. This concept of – of breaking the connection between the UUT and the ATE, at least to my understanding, was done before.

Gohel Depo., Tr. at 143:3-7

**Q:** Before 2004, you had seen applications where the signal came in from the UUT which was harmful to the ATE. And in that scenario, the ATE protected itself by opening the relay, right.

**A:** Correct.

Gohel Depo., Tr. at 145:1-6

37

**United States Patent** [19]

Schinabeck et al.

[11] **Patent Number:** 4,635,259

[45] **Date of Patent:** Jan. 6, 1987

[54] **METHOD AND APPARATUS FOR MONITORING RESPONSE SIGNALS DURING AUTOMATED TESTING OF ELECTRONIC CIRCUITS**

[75] Inventors: John Schinabeck, Pleasanton; James R. Murdock, San Jose, both of Calif.

[73] Assignee: Fairchild Semiconductor Corporation, Cupertino, Calif.

[22] Filed: **May 17, 1984**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 518,499, Aug. 1, 1983, abandoned.

**Filed:** May 17, 1984
**Patented:** Jan. 6, 1987



**PRIOR ART:** Schinabeck

38

**Filed:** May 17, 1984
**Patented:** Jan. 6, 1987



**PRIOR ART:** Schinabeck



Schinabeck, Fig. 1 (annotated)

[57] **ABSTRACT**

A plurality of test signal applying and response signal monitoring circuits is coupled to pins of an electronic device being tested to force test stimuli signals onto input pins of the device under test. The response signals are monitored while the device is being tested. Each test signal applying and response signal monitoring circuit includes a node to be coupled to a pin of the device under test, a digitally programmed source for supplying a test signal connectable to the node by a first switch, and a comparison circuit connected to the node by a second switch for indicating the relative magnitude of the response signal with respect to a programmed reference level on a repetitive basis during testing to increase test rate. Other features are also disclosed.

Schinabeck, Abstract

39

**Filed:** May 17, 1984
**Patented:** Jan. 6, 1987



PRIOR ART: Schinabeck



Schinabeck, Fig. 1 (annotated)

## [57] ABSTRACT

A plurality of test signal applying and response signal monitoring circuits is coupled to pins of an electronic device being tested to force test stimuli signals onto input pins of the device under test. The response signals are monitored while the device is being tested. Each test signal applying and response signal monitoring circuit includes a node to be coupled to a pin of the device under test, a digitally programmed source for supplying a test signal connectable to the node by a first switch, and a comparison circuit connected to the node by a second switch for indicating the relative magnitude of the response signal with respect to a programmed reference level on a repetitive basis during testing to increase test rate. Other features are also disclosed.

Schinabeck, Abstract

40

**Filed:** May 17, 1984
**Patented:** Jan. 6, 1987



**PRIOR ART:** Schinabeck



Schinabeck, Fig. 1 (annotated)

## [57] ABSTRACT

A plurality of test signal applying and response signal monitoring circuits is coupled to pins of an electronic device being tested to force test stimuli signals onto input pins of the device under test. The response signals are monitored while the device is being tested. Each test signal applying and response signal monitoring circuit includes a node to be coupled to a pin of the device under test, a digitally programmed source for supplying a test signal connectable to the node by a first switch, and a comparison circuit connected to the node by a second switch for indicating the relative magnitude of the response signal with respect to a programmed reference level on a repetitive basis during testing to increase test rate. Other features are also disclosed.

Schinabeck, Abstract

41

**Filed:** May 17, 1984
**Patented:** Jan. 6, 1987



**PRIOR ART:** Schinabeck



Schinabeck, Fig. 1 (annotated)

10. Apparatus for repeatedly monitoring the response signal at a node of a device under test caused by a test signal applied to the node, comprising:

digitally programmed source means switchably connected by a first switch means to the node, the digitally programmed source means having a preselected programmed voltage-current characteristic defined by not-to-exceed voltage rail and current rail levels for supplying test signals to the node;

first comparison mean switchably connected by a second switch means to the node for repetitively indicating the relative amplitude of the response signal voltage at the node with respect to a first programmed voltage level;

second comparison means switchably connected by the second switch means to the node for repetitively indicating the relative amplitude of the response signal voltage at the node with respect to a second programmed voltage level;

third comparison means switchably connected by the second switch means to the node for repetitively indicating the relative amplitude of the response

Schinabeck, Claim 10

42

**Filed:** May 17, 1984
**Patented:** Jan. 6, 1987



**PRIOR ART:** Schinabeck



Schinabeck, Fig. 1 (annotated)

## [57] ABSTRACT

A plurality of test signal applying and response signal monitoring circuits is coupled to pins of an electronic device being tested to force test stimuli signals onto input pins of the device under test. The response signals are monitored while the device is being tested. Each test signal applying and response signal monitoring circuit includes a node to be coupled to a pin of the device under test, a digitally programmed source for supplying a test signal connectable to the node by a first switch, and a comparison circuit connected to the node by a second switch for indicating the relative magnitude of the response signal with respect to a programmed reference level on a repetitive basis during testing to increase test rate. Other features are also disclosed.

Schinabeck, Abstract

43



To accomplish go/no-go or analog settling analysis device tests, the four limit registers of the PMU **22** must be active for a non-ambiguous **pass/fail decision.** Typi-

Schinabeck at 8:27-29

**Filed:** May 17, 1984
**Patented:** Jan. 6, 1987



**PRIOR ART:** Schinabeck

Schinabeck, Fig. 1 (annotated)

44

# ATS's Technology Tutorial

'479 Patent

Automatic Test Systems (ATE)

State of the Prior Art

## Exemplary Claim 1

Disputed Claim Terms

# '479 Patent | Exemplary Claim 1

**1.** Automatic test equipment adapted to execute a user program, the test equipment comprising a channel circuit having a signal connection point adapted to be coupled to a signal line of a unit under test to receive an input signal having a value, the channel circuit comprising:

a) at least two comparison sub-circuits, each comparison sub-circuit having a signal input coupled to the signal connection point, a threshold input adapted to receive a threshold input signal having a value and a comparison output, and wherein each of the comparison sub-circuits is adapted to produce a comparison output signal at the comparison output having a value indicating the value of the input signal relative to the value of the threshold input signal; and

b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

c) wherein the automatic test equipment is adapted to independently set the value of the threshold input signal for each of the at least two comparison sub-circuits based on the user program.



FIG. **2A** shows a digital channel **211** that may be used to detect over voltage conditions on a line **215**, which may be a

'479 Patent, 5:47-48

**UUT**

**A Channel Circuit of ATE**

**FIG. 2A**

46

# '479 Patent | Exemplary Claim 1

**1.** Automatic test equipment adapted to execute a user program, the test equipment comprising a channel circuit having a signal connection point adapted to be coupled to a signal line of a unit under test to receive an input signal having a value, the channel circuit comprising:

a) at least two comparison sub-circuits, each comparison sub-circuit having a signal input coupled to the signal connection point, a threshold input adapted to receive a threshold input signal having a value and a comparison output, and wherein each of the comparison sub-circuits is adapted to produce a comparison output signal at the comparison output having a value indicating the value of the input signal relative to the value of the threshold input signal; and

b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

c) wherein the automatic test equipment is adapted to independently set the value of the threshold input signal for each of the at least two comparison sub-circuits based on the user program.



**FIG. 2A**

47

# '479 Patent | Exemplary Claim 1

**1.** Automatic test equipment adapted to execute a user program, the test equipment comprising a channel circuit having a signal connection point adapted to be coupled to a signal line of a unit under test to receive an input signal having a value, the channel circuit comprising:

a) at least two comparison sub-circuits, each comparison sub-circuit having a signal input coupled to the signal connection point, a threshold input adapted to receive a threshold input signal having a value and a comparison output, and wherein each of the comparison sub-circuits is adapted to produce a comparison output signal at the comparison output having a value indicating the value of the input signal relative to the value of the threshold input signal; and

b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

c) wherein the automatic test equipment is adapted to independently set the value of the threshold input signal for each of the at least two comparison sub-circuits based on the user program.



**FIG. 2A**

48

# '479 Patent | Exemplary Claim 1

**1.** Automatic test equipment adapted to execute a user program, the test equipment comprising a channel circuit having a signal connection point adapted to be coupled to a signal line of a unit under test to receive an input signal having a value, the channel circuit comprising:

a) at least two comparison sub-circuits, each comparison sub-circuit having a signal input coupled to the signal connection point, a threshold input adapted to receive a threshold input signal having a value and a comparison output, and wherein each of the comparison sub-circuits is adapted to produce a comparison output signal at the comparison output having a value indicating the value of the input signal relative to the value of the threshold input signal; and

b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

c) wherein the automatic test equipment is adapted to independently set the value of the threshold input signal for each of the at least two comparison sub-circuits based on the user program.



FIG. 2A

49

# '479 Patent | Exemplary Claim 1

**1.** Automatic test equipment adapted to execute a user program, the test equipment comprising a channel circuit having a signal connection point adapted to be coupled to a signal line of a unit under test to receive an input signal having a value, the channel circuit comprising:

a) at least two comparison sub-circuits, each comparison sub-circuit having a signal input coupled to the signal connection point, a threshold input adapted to receive a threshold input signal having a value and a comparison output, and wherein each of the comparison sub-circuits is adapted to produce a comparison output signal at the comparison output having a value indicating the value of the input signal relative to the value of the threshold input signal; and

b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

c) wherein the automatic test equipment is adapted to independently set the value of the threshold input signal for each of the at least two comparison sub-circuits based on the user program.



FIG. 2A

50

# '479 Patent | Exemplary Claim 1

**1.** Automatic test equipment adapted to execute a user program, the test equipment comprising a channel circuit having a signal connection point adapted to be coupled to a signal line of a unit under test to receive an input signal having a value, the channel circuit comprising:

a) at least two comparison sub-circuits, each comparison sub-circuit having a signal input coupled to the signal connection point, a threshold input adapted to receive a threshold input signal having a value and a comparison output, and wherein each of the comparison sub-circuits is adapted to produce a comparison output signal at the comparison output having a value indicating the value of the input signal relative to the value of the threshold input signal; and

b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

c) wherein the automatic test equipment is adapted to independently set the value of the threshold input signal for each of the at least two comparison sub-circuits based on the user program.



**FIG. 2A**

# '479 Patent | Exemplary Claim 1

1. Automatic test equipment adapted to execute a user program, the test equipment comprising a channel circuit having a signal connection point adapted to be coupled to a signal line of a unit under test to receive an input signal having a value, the channel circuit comprising:

a) at least two comparison sub-circuits, each comparison sub-circuit having a signal input coupled to the signal connection point, a threshold input adapted to receive a threshold input signal having a value and a comparison output, and wherein each of the comparison sub-circuits is adapted to produce a comparison output signal at the comparison output having a value indicating the value of the input signal relative to the value of the threshold input signal; and

b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

c) wherein the automatic test equipment is adapted to independently set the value of the threshold input signal for each of the at least two comparison sub-circuits based on the user program.



FIG. 2A

52

# '479 Patent | Exemplary Claim 1

**1.** Automatic test equipment adapted to execute a user program, the test equipment comprising a channel circuit having a signal connection point adapted to be coupled to a signal line of a unit under test to receive an input signal having a value, the channel circuit comprising:

a) at least two comparison sub-circuits, each comparison sub-circuit having a signal input coupled to the signal connection point, a threshold input adapted to receive a threshold input signal having a value and a comparison output, and wherein each of the comparison sub-circuits is adapted to produce a comparison output signal at the comparison output having a value indicating the value of the input signal relative to the value of the threshold input signal; and

b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

c) wherein the automatic test equipment is adapted to independently set the value of the threshold input signal for each of the at least two comparison sub-circuits based on the user program.



**FIG. 2A**

53

# '479 Patent | Exemplary Claim 1

**1.** Automatic test equipment adapted to execute a user program, the test equipment comprising a channel circuit having a signal connection point adapted to be coupled to a signal line of a unit under test to receive an input signal having a value, the channel circuit comprising:

a) at least two comparison sub-circuits, each comparison sub-circuit having a signal input coupled to the signal connection point, a threshold input adapted to receive a threshold input signal having a value and a comparison output, and wherein each of the comparison sub-circuits is adapted to produce a comparison output signal at the comparison output having a value indicating the value of the input signal relative to the value of the threshold input signal; and

b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

c) wherein the automatic test equipment is adapted to independently set the value of the threshold input signal for each of the at least two comparison sub-circuits based on the user program.



**FIG. 2A**

54

# Claim 1 Illustration | Conventional Test & Over-Voltage Test





# Claim 1 Illustration | Conventional Test & Over-Voltage Test



# ATS's Technology Tutorial

'479 Patent

Automatic Test Systems (ATE)

State of the Prior Art

Exemplary Claim 1

## Disputed Claim Terms

# '479 Patent Disputed Claim Terms

| 1 | "comparison output having a value" | Claims 1 & 2 |
|---|---|---|
| 2 | "control circuitry" | Claims 1, 2, 4, 7 8 |
| 3 | "measured value input(s)" | Claims 1 & 2 |
| 4 | "threshold outputs" | Claim 4 |
| 5 | "low pass filter and/or delay element coupled between the over-voltage output and the comparison outputs of the two of the at least two comparison sub-circuits" | Claim 8 |

59

# ,'479 Patent Disputed Claim Terms

| 1 | "comparison output having a value" | Claims 1 & 2 |
|---|---|---|
| 2 | "control circuitry" | Claims 1, 2, 4, 7 8 |
| 3 | "measured value input(s)" | Claims 1 & 2 |
| 4 | "threshold outputs" | Claim 4 |
| 5 | "low pass filter and/or delay element coupled between the over-voltage output and the comparison outputs of the two of the at least two comparison sub-circuits" | Claim 8 |

60

# Disputed Claim Terms | "comparison output having a value"

**1.** Automatic test equipment adapted to execute a user program, the test equipment comprising a channel circuit having a signal connection point adapted to be coupled to a signal line of a unit under test to receive an input signal having a value, the channel circuit comprising:

a) at least two comparison sub-circuits, each comparison sub-circuit having a signal input coupled to the signal connection point, a threshold input adapted to receive a threshold input signal having a value and a comparison output, and wherein each of the comparison sub-circuits is adapted to produce a comparison output signal at the ==comparison output having a value== indicating the value of the input signal relative to the value of the threshold input signal; and

b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

c) wherein the automatic test equipment is adapted to independently set the value of the threshold input signal for each of the at least two comparison sub-circuits based on the user program.

'479 Patent, Claim 1

| **ASTRONICS** TEST SYSTEMS<br>Proposed Construction | **TERADYNE**<br>Proposed Construction |
|---|---|
| "comparison output having an alphanumeric value" | Plain and ordinary meaning |



'479 Patent, Figure 2a

61

| Claim Term | **ASTRONICS** TEST SYSTEMS Proposed Construction | **TERADYNE** Proposed Construction |
|---|---|---|
| "comparison output having a value" | "comparison output having an alphanumeric value" | Plain and ordinary meaning |

- **The claim language indicates an "alphanumeric value"**

### Claim 1a

a) at least two comparison sub-circuits, each comparison ~~...~~ a signal input coupled to ~~...~~tion point, a threshold in~~...~~ve a threshold input signal ~~...~~ a comparison output, and ~~...~~e comparison sub-circuits ~~...~~ produce a comparison outp~~...~~ signal at the comparison output having a value indicating the value of the input signal relative to the value of the threshold input signal; and

"relative" means it indicates a comparison

'479 Patent, Claim 1a

62

| Claim Term | ASTRONICS TEST SYSTEMS Proposed Construction | TERADYNE Proposed Construction |
|---|---|---|
| "comparison output having a value" | "comparison output having an alphanumeric value" | Plain and ordinary meaning |

- The claim language indicates an "alphanumeric value"

## Claim 1a

a) at least two comparison sub-circuits, each comparison [...] a signal input coupled to [...] tion point, a threshold in [...] ve a threshold input signal [...] a comparison output, and [...] e comparison sub-circuits [...] produce a comparison outpu[t] signal at the comparison output having a value indicating the value of the input signal relative to the value of the threshold input signal; and

> "relative" means it indicates a comparison

'479 Patent, Claim 1a

- To show a relative comparison, the value must be represented as either letters or numbers

- E.g., the input signal is either above or below the threshold (in binary, represented as a 1 or 0)

63

| Claim Term | ASTRONICS TEST SYSTEMS Proposed Construction | TERADYNE Proposed Construction |
|---|---|---|
| "comparison output having a value" | "comparison output having an alphanumeric value" | Plain and ordinary meaning |

- The specification indicates an "alphanumeric value"

Comparator **209** receives a low threshold control input **231**. Low threshold control input **231** specifies the maximum value at which channel electronics **211** will indicate that a low voltage is on line **215**. When the value on line **215** is less than the value specified by low threshold control input **231**, the output of comparator **209** is asserted.

'479 Patent, 5:49-50

> a comparison

Comparators **207** and **209** indicate whether the level of the signal on line **215** is above or below certain threshold levels that characterize normal operating conditions.

Id., 6:64-66

> "above or below certain threshold levels"

Comparators **203** and **205** are incorporated into digital channel **211** to detect over-voltage conditions. Comparators **203** and **205** may be of the same construction as comparators **207** and **209**. However, any suitable construction for comparators **203** and **205** may be used. Comparator **205** receives a low over-voltage control input **235**. Comparator **203** receives a high over-voltage control input **237**. When the value on line **215** falls below the voltage specified by low over-voltage control input **235**, comparator **205** asserts its output. Similarly, when the voltage on line **215** exceeds the value specified by high over voltage controlled input **237**, comparator **203** asserts its output.

Id., 6:20-23

> "below" or "exceeds" over-voltage control inputs

U.S. Patent No. 7,395,479

64

# "comparison output having a value" | Dictionary definitions

| Claim Term | ASTRONICS TEST SYSTEMS Proposed Construction | TERADYNE Proposed Construction |
|---|---|---|
| "comparison output having a value" | "comparison output having an alphanumeric value" | Plain and ordinary meaning |

- **Technical dictionary definitions indicate an "alphanumeric value"**



**value** [MATH] 1. The value of a function $f$ at an element $x$ is the element $y$ which $f$ associates with; that is, $y = f(x)$. 2. The expected payoff of a matrix game when each player follows an optimal strategy. [MIN ENG] The economically valuable metals contained in ore or tailings. [SCI TECH] The magnitude of a quantity. { 'val·yü }

*McGraw-Hill Dictionary of Scientific and Technical Terms at 2240*

**value** (1) (automatic control) The quantitative measure of a signal or variable. *See also:* feedback control system.
(IM) [120]
(2) (direct-current through test object) The arithmetic mean value. (PE/PSIM/PSR) 4-1978s, [6]
(3) (test direct voltages) The arithmetic mean value: that is, the integral of the voltage over a full period of the ripple divided by the period. *Note:* The maximum value of the test voltage may be taken approximately as the sum of the arithmetic mean value plus the ripple magnitude.
(PE/PSIM) 4-1978s, [55]
(4) (alternating test voltage) The peak value divided by $(2)^{1/2}$. (PE/PSIM) 4-1978s, [55]
(5) An arbitrarily complex information item that can be viewed as a characteristic or property of an object.
(C/PA) 1328-1993w, 1224-1993w, 1327-1993w
(6) *See also:* OM attribute value; attribute value.
(C/PA) 1328.2-1993w
(7) *See also:* data value. (C) 610.5-1990w

*IEEE 100 The Authoritative Dictionary of IEEE Standard Terms at 1244*

65

# '479 Patent Disputed Claim Terms

| 1 | "comparison output having a value" | Claims 1 & 2 |
|---|---|---|
| 2 | "control circuitry" | Claims 1, 2, 4, 7 8 |
| 3 | "measured value input(s)" | Claims 1 & 2 |
| 4 | "threshold outputs" | Claim 4 |
| 5 | "low pass filter and/or delay element coupled between the over-voltage output and the comparison outputs of the two of the at least two comparison sub-circuits" | Claim 8 |

66

# Disputed Claim Terms | "control circuitry"

**1.** Automatic test equipment adapted to execute a user program, the test equipment comprising a channel circuit having a signal connection point adapted to be coupled to a signal line of a unit under test to receive an input signal having a value, the channel circuit comprising:
a) at least two comparison sub-circuits, each comparison sub-circuit having a signal input coupled to the signal connection point, a threshold input adapted to receive a threshold input signal having a value and a comparison output, and wherein each of the comparison sub-circuits is adapted to produce a comparison output signal at the comparison output having a value indicating the value of the input signal relative to the value of the threshold input signal; and
b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and
c) wherein the automatic test equipment is adapted to independently set the value of the threshold input signal for each of the at least two comparison sub-circuits based on the user program.

'479 Patent, Claim 1

| **ASTRONICS** TEST SYSTEMS Proposed Construction | **TERADYNE** Proposed Construction |
|---|---|
| "a field programmable gate array ('FPGA') or a similar microprocessor" | Plain and ordinary meaning |



'479 Patent, Figure 2a

67

# control circuitry | Claim Language

| Claim Term | **ASTRONICS** TEST SYSTEMS Proposed Construction | **TERADYNE** Proposed Construction |
|---|---|---|
| "control circuitry" | "a field programmable gate array ('FPGA') or a similar microprocessor" | Plain and ordinary meaning |

- **The claim language is uninformative**

### Claim 1b

b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

'479 Patent, claim 1b

U.S. Patent No. 7,395,479

68

# control circuitry | Specification

| Claim Term | ASTRONICS<br>TEST SYSTEMS<br>Proposed Construction | TERADYNE<br>Proposed Construction |
|---|---|---|
| "control circuitry" | "a field programmable gate array ('FPGA') or a similar microprocessor" | Plain and ordinary meaning |

- **The specification indicates "a FPGA or similar microprocessor"**

## The '479 Patent's Specification

Digital controls 201 may be any suitable control circuit. In one embodiment, digital controls 201 are implemented as a field programmable gate array (FPGA). However, any suitable circuit may be used to implement digital controls 201. Further, where an FPGA chip is used to implement digital controls 201, one chip may contain circuitry to control more than one digital channel.

'479 Patent, 6:4-10

U.S. Patent No. 7,395,479

69

# "control circuitry" | Textbook Definition

| Claim Term | ASTRONICS TEST SYSTEMS Proposed Construction | TERADYNE Proposed Construction |
|---|---|---|
| "control circuitry" | "a field programmable gate array ('FPGA') or a similar microprocessor" | Plain and ordinary meaning |

- **Textbook teachings indicate "a FPGA or similar microprocessor"**



AUTOMATIC TEST EQUIPMENT

KEITH BRINDLEY

**Figure 1.1** *Turnkey automatic test equipment system, in which equipment is a unique device, built for one application*

Wicker Decl. ¶ 68 (citing "Automatic Test Equipment" by Brindley, ASTR_0006947)

70

# '479 Patent Disputed Claim Terms

| | | |
|---|---|---|
| 1 | "comparison output having a value" | Claims 1 & 2 |
| 2 | "control circuitry" | Claims 1, 2, 4, 7 8 |
| 3 | "measured value input(s)" | Claims 1 & 2 |
| 4 | "threshold outputs" | Claim 4 |
| 5 | "low pass filter and/or delay element coupled between the over-voltage output and the comparison outputs of the two of the at least two comparison sub-circuits" | Claim 8 |

71

# Disputed Claim Terms | "measured value input(s)"

**1.** Automatic test equipment adapted to execute a user program, the test equipment comprising a channel circuit having a signal connection point adapted to be coupled to a signal line of a unit under test to receive an input signal having a value, the channel circuit comprising:

a) at least two comparison sub-circuits, each comparison sub-circuit having a signal input coupled to the signal connection point, a threshold input adapted to receive a threshold input signal having a value and a comparison output, and wherein each of the comparison sub-circuits is adapted to produce a comparison output signal at the comparison output having a value indicating the value of the input signal relative to the value of the threshold input signal; and

b) control circuitry having at least two <mark>measured value inputs,</mark> each <mark>measured value input</mark> coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

c) wherein the automatic test equipment is adapted to independently set the value of the threshold input signal for each of the at least two comparison sub-circuits based on the user program.

'479 Patent, Claim 1



| ASTRONICS TEST SYSTEMS Proposed Construction | TERADYNE Proposed Construction |
|---|---|
| Indefinite | Plain and ordinary meaning |



'479 Patent, Figure 2a

72

| Claim Term | **ASTRONICS** TEST SYSTEMS Proposed Construction | **TERADYNE** Proposed Construction |
|---|---|---|
| "measured value input(s)" | Indefinite | Plain and ordinary meaning |

- **The claim language is ambiguous**

### Claim 1b

b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

'479 Patent, Claim 1b

**What is a "measured value"?**

**Is it a signal or physical component?**

| Claim Term | **ASTRONICS** TEST SYSTEMS Proposed Construction | **TERADYNE** Proposed Construction |
|---|---|---|
| "measured value input(s)" | Indefinite | Plain and ordinary meaning |

- Comparing claim terms: " . . . input" vs. "connection point"

### Claim 1

1. Automatic test equipment adapted to execute a user program, the test equipment comprising a channel circuit having a signal connection point adapted to be coupled to a signal line of a unit under test to receive an input signal having a value, the channel circuit comprising:
   a) at least two comparison sub-circuits, each comparison sub-circuit having a signal input coupled to the signal connection point, a threshold input adapted to receive a threshold input signal having a value and a comparison output, and wherein each of the comparison sub-circuits is adapted to produce a comparison output signal at the comparison output having a value indicating the value of the input signal relative to the value of the threshold input signal; and
   b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits . . .

'479 Patent, Claim 1

- Is "measured value input" a physical component or signal?

- "connection point" is an existing term in claim 1

- Thus, "input" means something other than "connection point"

# "measured value input(s)" | Specification

| Claim Term | **ASTRONICS** TEST SYSTEMS Proposed Construction | **TERADYNE** Proposed Construction |
|---|---|---|
| "measured value input(s)" | Indefinite | Plain and ordinary meaning |

- **The specification refers to "inputs" as both signals and physical components**

## "Inputs" as Signals

In contrast, where a relatively high powered input is incorrectly provided to a low voltage digital device, damage to the device may occur.
*'479 Patent, 5:5-7*

Each of the comparators **207** and **209** is coupled to the same signal connection point of digital test instrument **103** as driver **210** so that they may receive as an input the signal on line **215**.
*Id., 6:23-26*

The second input to AND gate **415** is a TW control signal.
*Id., 11:16-17*

## "Inputs" as Physical Components

. . . when the voltage and/or current applied at the input exceeds a rated value.
*Id., 1:54-57*

Each of the circuits comprises: a threshold input adapted to receive at least on threshold input signal . . .
*Id., 2:32-33*

A similar protective switch may be connected to the input of each device . . .
*Id., 8:65-67*

75

| Claim Term | **ASTRONICS** TEST SYSTEMS<br>Proposed Construction | **TERADYNE**<br>Proposed Construction |
|---|---|---|
| "measured value input(s)" | Indefinite | Plain and ordinary meaning |

- Comparing claim terms: "measured value input" vs. "comparison output signal"



'479 Patent, Figure 2a

- Assuming it is a physical component, is the "measured value input" for *receiving the signal from the comparison sub-circuit* or for receiving a different signal?

76

| Claim Term | ASTRONICS<br>TEST SYSTEMS<br>Proposed Construction | TERADYNE<br>Proposed Construction |
|---|---|---|
| "measured value input(s)" | Indefinite | Plain and ordinary meaning |

- Comparing claim terms: "measured value input" vs. "comparison output signal"



'479 Patent, Figure 2a

- Assuming it is a physical component, is the "measured value input" for *receiving the signal from the comparison sub-circuit* or for receiving a different signal?

- "comparison output signal" is separately claimed as *the signal from the comparison sub-circuit*

- 

77

| Claim Term | **ASTRONICS** TEST SYSTEMS Proposed Construction | **TERADYNE** Proposed Construction |
|---|---|---|
| "measured value input(s)" | Indefinite | Plain and ordinary meaning |

- Comparing claim terms: "measured value input" vs. "comparison output signal"



'479 Patent, Figure 2a

- Assuming it is a physical component, is the "measured value input" for _receiving the signal from the comparison sub-circuit_ or for receiving a different signal?

- "comparison output signal" is separately claimed as _the signal from the comparison sub-circuit_

- Thus, "measured value input" must refer to a input for _receiving a second, distinct signal_

78

| Claim Term | **ASTRONICS** TEST SYSTEMS Proposed Construction | **TERADYNE** Proposed Construction |
|---|---|---|
| "measured value input(s)" | Indefinite | Plain and ordinary meaning |

- Comparing claim terms: "measured value input" vs. "comparison output signal"



- Assuming it is a physical component, is the "measured value input" for _receiving the signal from the comparison sub-circuit_ or for receiving a different signal?

- "comparison output signal" is separately claimed as _the signal from the comparison sub-circuit_

- Thus, "measured value input" must refer to a input for _receiving a second, distinct signal_

79

| Claim Term | **ASTRONICS** TEST SYSTEMS<br>Proposed Construction | **TERADYNE**<br>Proposed Construction |
|---|---|---|
| "measured value input(s)" | Indefinite<br>**If not indefinite:**<br>**"voltage data input component(s)"** | Plain and ordinary meaning |

- **If not indefinite, the term should be construed as "voltage data input component(s)"**

## POSA's Understanding



**Dr. Stephen Wicker**

"**[A] physical component** must be included such that the 'measured value input(s)' can be '**coupled to**' the comparison output of the comparison sub-circuit.

"[T]he word 'measured' cannot have a construction that encompasses **a raw voltage signal** because, by nature of the signal being 'raw,' it would not have been '**measured.**'"

Wicker Decl. ¶ 81



80

# '479 Patent Disputed Terms

| 1 | "comparison output having a value" | Claims 1 & 2 |
|---|---|---|
| 2 | "control circuitry" | Claims 1, 2, 4, 7 8 |
| 3 | "measured value input(s)" | Claims 1 & 2 |
| 4 | "threshold outputs" | Claim 4 |
| 5 | "low pass filter and/or delay element coupled between the over-voltage output and the comparison outputs of the two of the at least two comparison sub-circuits" | Claim 8 |

# Disputed Claim Terms | "threshold outputs"

**4.** The automatic test equipment of **claim 7** wherein the control circuitry comprises <mark>at least two threshold outputs,</mark> each coupled to the threshold input of one of the at least two comparison sub-circuits, and where in the control circuitry is adapted to provide a signal having a programmable value at each of the <mark>threshold outputs.</mark>

'479 Patent, Claim 4

| **ASTRONICS** TEST SYSTEMS Proposed Construction | **TERADYNE** Proposed Construction |
|---|---|
| Indefinite | Plain and ordinary meaning |



'479 Patent, Figure 2a

82

# threshold outputs | Claim Language

| Claim Term | **ASTRONICS** TEST SYSTEMS Proposed Construction | TERADYNE Proposed Construction |
|---|---|---|
| "threshold outputs" | Indefinite | Plain and ordinary meaning |

- **The claim language is ambiguous**

### Claim 4

**4.** The automatic test equipment of claim 1 wherein the control circuitry comprises at least two <mark>threshold outputs,</mark> each coupled to the threshold input of one of the at least two comparison sub-circuits, and wherein the control circuitry is adapted to provide a signal having a programmable value at each of the <mark>threshold outputs.</mark>

'479 Patent, Claim 4

**Is it a signal or physical component?**

83

| Claim Term | **ASTRONICS** Proposed Construction | **TERADYNE** Proposed Construction |
|---|---|---|
| "threshold outputs" | Indefinite | Plain and ordinary meaning |

- Comparing claim terms: " . . . output" vs. "connection point"

## Claim 1

**1.** Automatic test equipment adapted to execute a user program, the test equipment comprising a channel circuit having a signal connection point adapted to be coupled to a signal line of a unit under test to receive an input signal having a value, the channel circuit comprising:

a) at least two comparison sub-circuits, each comparison sub-circuit having a signal input coupled to the signal connection point, a threshold input adapted to receive a threshold input signal having a value and a comparison output, and wherein each of the comparison sub-circuits is adapted to produce a comparison output signal at the comparison output having a value indicating the value of the input signal relative to the value of the threshold input signal; and

'479 Patent, Claim 1

- Are "threshold outputs" physical components or signals?

- "connection point" is an existing term in claim 1

- Thus, "output" means something other than "connection point"

84

| Claim Term | **ASTRONICS**<br>*TEST SYSTEMS*<br>Proposed Construction | **TERADYNE**<br>Proposed Construction |
|---|---|---|
| "threshold outputs" | Indefinite | Plain and ordinary meaning |

- **Comparing claim terms: "threshold output" vs. "test/over-voltage output"**

### Claim 1b

b) control circuitry having at least two measured value inputs, each measured value input coupled to the comparison output of one of the at least two comparison sub-circuits, a test output and an over-voltage output, the control circuitry adapted to generate a test output from a first subset of the comparison output signals produced by the at least two comparison sub-circuits and to generate the over-voltage output from a second subset of the comparison output signals produced by the at least two comparison sub-circuits; and

'479 Patent, Claim 1

- Are "threshold outputs" physical components or signals?

- "output" is an existing term in claim 1 that refers to signals (e.g., "test output" of PASS/FAIL; "over-voltage output" of SAFE/ALARM)

- Thus, "output" indicates a "signal"

85

# "threshold outputs" | Dictionary

| Claim Term | ASTRONICS TEST SYSTEMS Proposed Construction | TERADYNE Proposed Construction |
|---|---|---|
| "threshold outputs" | Indefinite | Plain and ordinary meaning |

- **The IEEE dictionary indicates a signal**



output (1) (A) **(data transmission)** Data that have been processed. (B) **(data transmission)** The state or sequence of states occurring on a specified output channel. (C) **(data transmission)** The device or collective set of devices used for taking data out of a device. (D) **(data transmission)** A channel for expressing a state of a device or logic element. (E) **(data transmission)** The process of transferring data from an internal storage to an external storage device. (F) **(software)** Loosely, output data. *Contrast:* input.

(C/PE) 599-1985, 610.12-1990

*IEEE 100 The Authoritative Dictionary of IEEE Standard Terms* at 778

"**output**" comprises a a transmission (e.g., signal), not a "**connection point**"

86

| Claim Term | ASTRONICS TEST SYSTEMS Proposed Construction | TERADYNE Proposed Construction |
|---|---|---|
| "threshold outputs" | Indefinite<br><br>If not indefinite:<br>"threshold data transmission components" | Plain and ordinary meaning |

- **If not indefinite, "threshold outputs" are "threshold data transmission components"**



## POSA's Understanding

Dr. Stephen Wicker

ASTRONICS TEST SYSTEMS

"If . . . the Court determines that "threshold outputs" are physical components, it is my opinion that it should be construed as "**threshold data transmission component.**" [. . . A] POSA would understand that a physical component must be included such that the "threshold outputs" can be "coupled to" the threshold input. Moreover, in the context of the claim language and the '479 Patent, the "threshold outputs" appear to be used to transmit data regarding threshold. The construction "threshold data transmission component" captures this meaning."

Wicker Decl. ¶ 110

87

# '479 Patent Disputed Terms

| 1 | "comparison output having a value" | Claims 1 & 2 |
|---|---|---|
| 2 | "control circuitry" | Claims 1, 2, 4, 7 8 |
| 3 | "measured value input(s)" | Claims 1 & 2 |
| 4 | "threshold outputs" | Claim 4 |
| 5 | "low pass filter and/or delay element coupled between the over-voltage output and the comparison outputs of the two of the at least two comparison sub-circuits" | Claim 8 |

# Disputed Claim Terms | "low pass filter and/or delay . . . "

**8.** The automatic test equipment of claim **7** wherein the control circuitry comprises at least one low pass filter and/or delay element coupled between the over-voltage output and the comparison outputs of the two of the at least two comparison sub-circuits.

| **ASTRONICS** *TEST SYSTEMS* Proposed Construction | **TERADYNE** Proposed Construction |
|---|---|
| Indefinite | Plain and ordinary meaning |



'479 Patent, Figure 2a

'479 Patent, Claim 8

89

| Claim Term | **ASTRONICS**<br>TEST SYSTEMS<br>Proposed Construction | **TERADYNE**<br>Proposed Construction |
|---|---|---|
| "low pass filter and/or delay element coupled between the over-voltage output and the comparison outputs of the two of the at least two comparison sub-circuits" | Indefinite | Plain and ordinary meaning |

- **The claim language is ambiguous**

### Claim Language (Claim 8)

**8.** The automatic test equipment of claim **7** wherein the control circuitry comprises at least one low pass filter and/or delay element coupled between the over-voltage output and the comparison outputs of the two of the at least two comparison sub-circuits.

'479 Patent, Claim 8

90

| Claim Term | ASTRONICS TEST SYSTEMS Proposed Construction | TERADYNE Proposed Construction |
|---|---|---|
| "low pass filter and/or delay element coupled between the over-voltage output and the comparison outputs of the two of the at least two comparison sub-circuits" | Indefinite | Plain and ordinary meaning |

- **The specification indicates either a "low pass filter <u>or</u> delay element", not both**



U.S. Patent No. 7,395,479

Filtering the output of comparators **203** and **205** reduces the effect of transient portions of the signal output by comparators **203** and **205**. A low pass filter or delay element is therefore desirable in circumstances where it is desirable not to trigger an alarm output when the voltage on line **215** momentarily exceeds a set level.

'479 Patent, 13:26-31

Monitoring circuit **241** may contain a circuit that has a low pass filter characteristics and therefore acts as a low pass filter. The circuit could perform other signal processing functions or could perform only the low pass filter function.

*Id.*, 13:18-22

91

| Claim Term | ASTRONICS TEST SYSTEMS Proposed Construction | TERADYNE Proposed Construction |
|---|---|---|
| "low pass filter and/or delay element coupled between the over-voltage output and the comparison outputs of the two of the at least two comparison sub-circuits" | Indefinite | Plain and ordinary meaning |

- "low pass filter" and "delay element" are the same thing



POSA Knowledge

Q: What's the difference between a low-pass filter and a delay element?

A: Nothing. Actually, they're the same thing.

Dr. Mark Horenstein

TERADYNE

Horenstein Dep., Tr. at 151:23-25



POSA Knowledge

But the specification does not explain why or how *both* a low pass filter *and* a delay element can be used when one such device is clearly sufficient for the purpose.

Dr. Stephen Wicker

ASTRONICS TEST SYSTEMS

Wicker Decl. ¶ 53

92

| Claim Term | ASTRONICS TEST SYSTEMS Proposed Construction | TERADYNE Proposed Construction |
|---|---|---|
| "low pass filter and/or delay element coupled between the over-voltage output and the comparison outputs of the two of the at least two comparison sub-circuits" | Indefinite<br><br>If not indefinite: "a filter having a single transmission band extending from zero to a finite cutoff frequency" | Plain and ordinary meaning  |

- If not indefinite, technical dictionaries indicate that "low pass filter" is "a filter having a single transmission band extending from zero to a finite cutoff frequency"



low-pass filter (1) filter exhibiting frequency selective characteristic that allows low-frequency components of an input signal to pass from filter input to output unattenuated; all high-frequency components are attenuated.

*Dictionary of Computer Science Engineering & Technology* (1st ed. 2000) at 288



low-pass filter (lō′păs′) n. A filter designed to transmit only those electromagnetic frequencies below a certain value.

*The American Heritage College Dictionary* at 820





low-pass filter (data transmission) (power line filters) A filter having a single transmission band extending from zero to some cutoff frequency, not infinite. See also: filter. (PE/EMC/SP) 599-1985w, C63.13-1991, 151-1965s

*IEEE 100 The Authoritative Dictionary of IEEE Standard Terms* at 645

93



94