JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| TERADYNE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASTRONICS TEST SYSTEMS, INC., <br><br> Defendant. | CASE NO. CV 20-2713-GW-SHKx <br><br> **FINAL JUDGMENT IN FAVOR OF DEFENDANT ASTRONICS TEST SYSTEMS, INC.** <br><br> Second Amended Complaint <br> Filed:     August 30, 2022 <br> Judge:    Hon. George H. Wu <br> Trial Date:  NONE |

WHEREAS, in an order dated December 6, 2023, this Court granted Defendant Astronics Test Systems, Inc.'s ("Astronics") Motion for Summary Judgment on Astronics' Fair Use Defense, dismissing Teradyne, Inc.'s ("Teradyne") copyright infringement cause of action; and

WHEREAS, the parties previously stipulated to the dismissal of the other two causes of action that had been pleaded in Teradyne's operative complaint, and this Court ordered that the pleadings are deemed not to assert those causes of action. Dkt. 239.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

This Court hereby enters final judgment in favor of Astronics on Teradyne's copyright infringement cause of action.

DATED: December 14, 2023

_____
Hon. George H. Wu,
United States District Judge